THOMAS R. BURKE (State Bar No. 141930)
SELINA MACLAREN (State Bar No. 300001)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com
Email: selinamaclaren@dwt.com

Attorneys for Plaintiffs National Public Radio, Inc.
and Eric Westervelt

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., and ERIC WESTERVELT,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>　　　　Defendant. | CASE NO. 4:18-cv-5772-DMR<br><br>[~~PROPOSED~~] ORDER RE: DEFENDANT'S MOTION TO CLARIFY |

　　　Having considered Defendant's Administrative Motion for Clarification of Order Regarding Production of Documents and Plaintiffs' Opposition, the Court finds that no clarification is warranted and denies Defendant's Motion.

DATE: Jan. 2, 2020

_____
The Honorable Donna M. Ryu
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

1
[PROPOSED] ORDER RE: DEF. MOT. TO FOR CLARIFICATION
4834-5017-2336V.1 0200559-000004