OAWP-001845

OAWP-001846

OAWP-001847

OAWP-001848

OAWP-001849

OAWP-001850

OAWP-001851

OAWP-001852

OAWP-001853

Case 4:18-cv-05772-DMR   Document 50-2   Filed 02/05/20   Page 10 of 11

OAWP-001854

Case 4:18-cv-05772-DMR   Document 50-2   Filed 02/05/20   Page 11 of 11

OAWP-001855