

**The tool is designed to enable each site to quantify resource nee**
- The tool will incorporate standard task times, workload data
- Instructions for using this tool can be found at the Communit

## Step 1. Enable macros.

This tool uses macros to perform calculations. To enable macros, click on **Options** in the Message Bar (above)



When the Security Options dialog appears, select ~~Enable this content~~, then click **OK**.

## Step 2. Basic instructions for how to use the tool

1. Select your VISN and facility
2. Select a button below to view a report or add a new position.

## Step 3. Select your VISN and Facility

**VISN**

VISN_7

## Step 4. Select your desired task

| View Staffing Report | View staffing report |
| View Current Roles | View VA Community Care Roles.  You can then select roles t |
| Go to Homepage | Go to Homepage |

OAWP-000069

**VA Community Care Staffing**
Test site version -  Version

**ecute the new Operating Model.**
and leave replacement factors to calculate staffing needs for each site.

.

position.

**Facility**

Central Alabama HCS (Montgomery AL) (619)

o view in detail or modify tasks, workload, or time

OAWP-000071

OAWP-000072

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  | Select_VISN | Role | MC |
|--|--|--|--|
| National | All | All | Select Facility |
| Region 1 | VISN_1 | Administrative | VISN_1 |
| Region 2 | VISN_2 | Clinical-RN | Togus ME (402) |
| Region 3 | VISN_4 |  | White River Juncti |
| Region 4 | VISN_5 |  | Bedford,MA (518) |
| Region 5 | VISN_6 |  | Boston HCS (Bosto |
| VISN 1 | VISN_7 |  | Manchester, NH (6 |
| VISN 2 | VISN_8 |  | Northampton, MA |
| VISN 4 | VISN_9 |  | Providence, RI (65 |
| VISN 5 | VISN_10 |  | Connecticut HCS ( |
| VISN 6 | VISN_12 |  | VISN_2 |
| VISN 7 | VISN_15 |  | Bronx, NY (526) |
| VISN 8 | VISN_16 |  | Upstate New York |
| VISN 9 | VISN_17 |  | New Jersey HCS (E |
| VISN 10 | VISN_19 |  | Hudson Valley HC |
| VISN 12 | VISN_20 |  | New York HHS (Br |
| VISN 15 | VISN_21 |  | Northport, NY (63 |
| VISN 16 | VISN_22 |  | VISN_4 |
| VISN 17 | VISN_23 |  | Wilmington DE (46 |
| VISN 19 |  |  | Altoona, PA (503) |
| VISN 20 |  |  | Butler, PA (529) |
| VISN 21 |  |  | Coatesville, PA (54 |
| VISN 22 |  |  | Erie, PA (562) |
| VISN 23 |  |  | Lebanon, PA (595) |
| VISN 1 Togus ME (402) |  |  | Philadelphia, PA (6 |
| VISN 1 White River Junction VT (405) |  |  | Pittsburgh HCS (Pi |
| VISN 1 Bedford,MA (518) |  |  | Wilkes-Barre, PA ( |
| VISN 1 Boston HCS (Boston) (523) |  |  | VISN_5 |
| VISN 1 Manchester, NH (608) |  |  | Maryland HCS (Ba |
| VISN 1 Northampton, MA (631) |  |  | Beckley, WV (517) |
| VISN 1 Providence, RI (650) |  |  | Clarksburg, WV (5 |
| VISN 1 Connecticut HCS (Westhaven) (689) |  |  | Huntington, WV (5 |
| VISN 2 Bronx, NY (526) |  |  | Martinsburg, WV ( |

VISN 2 Upstate New York HCS (528)

VISN 2 New Jersey HCS (East Orange) (561)

VISN 2 Hudson Valley HCS (Castle Point, Montrose) (620)

VISN 2 New York HHS (Brooklyn) (630)

VISN 2 Northport, NY (632)

VISN 4 Wilmington DE (460)

VISN 4 Altoona, PA (503)

VISN 4 Butler, PA (529)

VISN 4 Coatesville, PA (542)

VISN 4 Erie, PA (562)

VISN 4 Lebanon, PA (595)

VISN 4 Philadelphia, PA (642)

VISN 4 Pittsburgh HCS (Pittsburgh PA) (646)

VISN 4 Wilkes-Barre, PA (693)

VISN 5 Maryland HCS (Baltimore MD) (512)

VISN 5 Beckley, WV (517)

VISN 5 Clarksburg, WV (540)

VISN 5 Huntington, WV (581)

VISN 5 Martinsburg, WV (613)

VISN 5 Washington DC (688)

VISN 6 Durham, NC (558)

VISN 6 Fayetteville, NC (565)

VISN 6 Hampton, VA (590)

VISN 6 Asheville, NC (637)
VISN 6 Richmond, VA (652)
VISN 6 Salem, VA (658)
VISN 6 Salisbury, NC (659)
VISN 7 Atlanta, GA (508)
VISN 7 Augusta, GA (509)
VISN 7 Birmingham, AL (521)
VISN 7 Charleston, SC (534)
VISN 7 Columbia, SC (544)
VISN 7 Dublin, GA (557)
VISN 7 Central Alabama HCS (Montgomery AL) (619)
VISN 7 Tuscaloosa, AL (679)
VISN 8 Bay Pines,FL (516)
VISN 8 Miami, FL (546)
VISN 8 West Palm Beach, FL (548)
VISN 8 N. Florida/S. Georgia HCS (Gainesville FL) (573)

Washington DC (6

VISN_6

Durham, NC (558)

Fayetteville, NC (5

Hampton, VA (590

Asheville, NC (637

Richmond, VA (65

Salem, VA (658)

Salisbury, NC (659

VISN_7

Atlanta, GA (508)

Augusta, GA (509)

Birmingham, AL (5

Charleston, SC (53

Columbia, SC (544

Dublin, GA (557)

Central Alabama H

Tuscaloosa, AL (67

VISN_8

Bay Pines,FL (516)

Miami, FL (546)

West Palm Beach,

N. Florida/S. Geor

San Juan, PR (672)

Tampa, FL (673)

Orlando, FL (675)

VISN 9

Lexington, KY (596

Louisville, KY (603

Memphis, TN (614

Mountain Home, T

Tennessee Valley H

VISN_10

Ann Arbor, MI (50

Battle Creek, MI (5

Chillicothe, OH (53

Cincinnati, OH (53

Cleveland, OH (54

Dayton, OH (552)

| | |
|---|---|
| VISN 8 San Juan, PR (672) | Detroit, MI (553) |
| VISN 8 Tampa, FL (673) | Indianapolis, IN (5 |
| VISN 8 Orlando, FL (675) | Northern Indiana H |
| VISN 9 Lexington, KY (596) | Saginaw, MI (655) |
| VISN 9 Louisville, KY (603) | Columbus, OH (75 |
| VISN 9 Memphis, TN (614) | VISN_12 |
| VISN 9 Mountain Home, TN (621) | Chicago (Westside |
| VISN 9 Tennessee Valley HCS (Nashville TN) (626) | Illiana HCS (Danvil |
| VISN 10 Ann Arbor, MI (506) | North Chicago, IL ( |
| VISN 10 Battle Creek, MI (515) | Hines, IL (578) |
| VISN 10 Chillicothe, OH (538) | Iron Mountain, M |
| VISN 10 Cincinnati, OH (539) | Madison, WI (607 |
| VISN 10 Cleveland, OH (541) | Tomah, WI (676) |
| VISN 10 Dayton, OH (552) | Milwaukee, WI (69 |
| VISN 10 Detroit, MI (553) | VISN_15 |
| VISN 10 Indianapolis, IN (583) | VA Heartland Wes |
| VISN 10 Northern Indiana HCS (Marion, IN) (610) | VA Heartland East |
| VISN 10 Saginaw, MI (655) | VISN_16 |
| VISN 10 Columbus, OH (757) | Alexandria, LA (50 |
| VISN 12 Chicago (Westside), IL (537) | Biloxi, MS (520) |
| VISN 12 Illiana HCS (Danville IL) (550) | Fayetteville, AR (5 |
| VISN 12 North Chicago, IL (556) | Houston, TX (580) |
| VISN 12 Hines, IL (578) | Jackson, MS (586) |
| VISN 12 Iron Mountain, MI (585) | Central Arkansas H |
| VISN 12 Madison, WI (607) | New Orleans, LA ( |
| VISN 12 Tomah, WI (676) | Shreveport, LA (66 |
| VISN 12 Milwaukee, WI (695) | VISN_17 |
| VISN 15 VA Heartland West (Kansas City MO) (589) | Amarillo HCS (Ama |
| VISN 15 VA Heartland East (Saint Louis MO) (657) | West Texas HCS (B |
| VISN 16 Alexandria, LA (502) | North Texas HCS ( |
| VISN 16 Biloxi, MS (520) | South Texas HCS ( |
| VISN 16 Fayetteville, AR (564) | Central Texas HCS |
| VISN 16 Houston, TX (580) | Texas Valley Coast |
| VISN 16 Jackson, MS (586) | El Paso, TX (756) |
| VISN 16 Central Arkansas HCS (Little Rock AR) (598) | VISN_19 |
| VISN 16 New Orleans, LA (629) | Montana HCS (For |
| VISN 16 Shreveport, LA (667) | Cheyenne WY (44 |
| VISN 17 Amarillo HCS (Amarillo TX) (504) | Eastern Colorado H |
| VISN 17 West Texas HCS (Big Spring TX) (519) | Grand Junction, CO |
| VISN 17 North Texas HCS (Dallas TX) (549) | Muskogee, OK (62 |
| VISN 17 South Texas HCS (San Antonio TX) (671) | Oklahoma City, OK |
| VISN 17 Central Texas HCS (Temple TX) (674) | Salt Lake City HCS |
| VISN 17 Texas Valley Coastal Bend HCS (Harlingen TX) (740) | Sheridan, WY (666 |
| VISN 17 El Paso, TX (756) | VISN_20 |
| VISN 19 Montana HCS (Fort Harrison MT) (436) | Alaska VAHSRO (A |

VISN 19 Cheyenne WY (442)
VISN 19 Eastern Colorado HCS (Denver CO) (554)
VISN 19 Grand Junction, CO (575)
VISN 19 Muskogee, OK (623)
VISN 19 Oklahoma City, OK (635)
VISN 19 Salt Lake City HCS (Salt Lake City UT) (660)
VISN 19 Sheridan, WY (666)
VISN 20 Alaska VAHSRO (Anchorage AK) (463)
VISN 20 Boise,ID (531)
VISN 20 Portland, OR (648)
VISN 20 Roseburg HCS (Roseburg OR) (653)
VISN 20 Puget Sound HCS (Seattle WA) (663)
VISN 20 Spokane, WA (668)
VISN 20 Walla Walla, WA (687)
VISN 20 White City, OR (692)
VISN 21 Manila, Philippines (358)
VISN 21 VA Pacific Islands HCS (Honolulu HI) (459)
VISN 21 Central California HCS (Fresno CA) (570)
VISN 21 Southern Nevada HCS (Las Vegas NV) (593)
VISN 21 Northern California HCS (Martinez CA) (612)
VISN 21 Palo Alto HCS (Palo Alto CA) (640)
VISN 21 Sierra Nevada HCS (Reno NV) (654)
VISN 21 San Francisco, CA (662)
VISN 22 New Mexico HCS (Albuquerque NM) (501)
VISN 22 Long Beach HCS (Long Beach CA) (600)
VISN 22 Loma Linda, CA (605)
VISN 22 Phoenix, AZ (644)
VISN 22 Northern Arizona HCS (Prescott AZ) (649)
VISN 22 San Diego HCS (San Diego CA) (664)
VISN 22 Southern Arizona HCS (Tucson AZ) (678)
VISN 22 Greater Los Angeles HCS (Los Angeles CA) (691)
VISN 23 Fargo, ND (437)
VISN 23 Sioux Falls SD (438)
VISN 23 Black Hills HCS (Fort Meade SD) (568)
VISN 23 Minneapolis, MN (618)
VISN 23 Central Plains HCS (636)
VISN 23 St. Cloud, MN (656)

Boise,ID (531)
Portland, OR (648
Roseburg HCS (Ro
Puget Sound HCS (
Spokane, WA (668
Walla Walla, WA (
White City, OR (69
VISN_21
Manila, Philippine
VA Pacific Islands H
Central California H
Southern Nevada H
Northern Californi
Palo Alto HCS (Pal
Sierra Nevada HCS
San Francisco, CA (
VISN_22
New Mexico HCS (
Long Beach HCS (L
Loma Linda, CA (6
Phoenix, AZ (644)
Northern Arizona H
San Diego HCS (Sa
Southern Arizona H
Greater Los Angel
VISN_23
Fargo, ND (437)
Sioux Falls SD (438
Black Hills HCS (Fo
Minneapolis, MN (
Central Plains HCS
St. Cloud, MN (656

| |
|---|
| |
| |
| |
| |
| |
| |
| |
| |

| % Auth | % Unauth | % MB | | Total Claims Worked |
|---|---|---|---|---|
| | 61% | 16% | 21% | 1445634 |
| | 63% | 10% | 25% | 201614 |
| | 52% | 23% | 22% | 328079 |
| | 69% | 12% | 18% | 476165 |
| | 60% | 18% | 19% | 264274 |
| | 53% | 20% | 25% | 175502 |

| % Auth | % Unauth | % MB | | Total Claims Worked |
|---|---|---|---|---|
| | 65% | 20% | 13% | 44983 |
| | 55% | 10% | 33% | 15971 |
| | 66% | 11% | 15% | 19468 |
| | 68% | 8% | 20% | 50827 |
| | 41% | 36% | 23% | 15497 |
| | 51% | 20% | 29% | 88335 |
| | 53% | 16% | 23% | 87730 |
| | 52% | 28% | 18% | 136517 |
| | 47% | 27% | 26% | 61172 |
| | 58% | 5% | 36% | 70365 |
| | 48% | 18% | 33% | 53050 |
| | 49% | 19% | 32% | 44189 |
| | 88% | 4% | 6% | 220336 |
| | 54% | 15% | 30% | 97418 |
| | 52% | 20% | 27% | 61880 |
| | 56% | 21% | 21% | 62286 |
| | 63% | 17% | 19% | 65911 |
| | 53% | 24% | 23% | 62684 |
| | 63% | 15% | 18% | 60773 |
| | 44% | 21% | 35% | 52045 |
| | 69% | 16% | 10% | 74197 |

| % Auth | % Unauth | % MB | | Total Claims Worked |
|---|---|---|---|---|
| | 62% | 30% | 8% | 9953 |
| | 62% | 19% | 18% | 3603 |
| | 78% | 2% | 0% | 1606 |
| | 53% | 20% | 21% | 5942 |
| | 74% | 15% | 11% | 5313 |
| | 73% | 14% | 11% | 6230 |
| | 69% | 17% | 14% | 4801 |
| | 60% | 19% | 20% | 7535 |
| | 62% | 4% | 29% | 3280 |
| | 56% | 24% | 19% | 3527 |

| | | | |
|---|---|---|---|
| 56% | 17% | 23% | 1898 |
| 49% | 2% | 48% | 4152 |
| 57% | 10% | 29% | 3114 |
| 49% | 3% | 8% | 2547 |
| 74% | 13% | 12% | 7700 |
| 66% | 7% | 24% | 2294 |
| 69% | 11% | 9% | 4157 |
| 58% | 15% | 26% | 2770 |
| 61% | 11% | 24% | 3517 |
| 67% | 10% | 21% | 3705 |
| 73% | 7% | 18% | 2109 |
| 72% | 6% | 22% | 2845 |
| 83% | 5% | 11% | 3297 |
| 66% | 13% | 20% | 3793 |
| 51% | 17% | 32% | 5161 |
| 61% | 8% | 17% | 10059 |
| 70% | 5% | 21% | 9767 |
| 77% | 5% | 17% | 6574 |
| 38% | 42% | 20% | 5443 |
| 35% | 29% | 33% | 3804 |
| 47% | 34% | 19% | 6250 |
| 42% | 29% | 28% | 2938 |
| 53% | 18% | 28% | 12013 |
| 45% | 27% | 28% | 17759 |
| 54% | 15% | 31% | 11756 |
| 55% | 19% | 25% | 7873 |
| 55% | 15% | 29% | 10086 |
| 56% | 16% | 27% | 7991 |
| 48% | 21% | 31% | 17919 |
| 49% | 16% | 20% | 21010 |
| 58% | 16% | 20% | 5506 |
| 46% | 35% | 15% | 9951 |
| 54% | 11% | 25% | 16113 |
| 52% | 14% | 27% | 10321 |
| 49% | 17% | 32% | 13114 |
| 64% | 6% | 18% | 7727 |
| 67% | 16% | 16% | 3988 |
| 58% | 14% | 25% | 22500 |
| 42% | 27% | 30% | 10403 |
| 68% | 13% | 16% | 11695 |
| 44% | 36% | 20% | 31840 |
| 92% | 3% | 5% | 7572 |
| 51% | 31% | 18% | 15382 |
| 50% | 37% | 12% | 37125 |
| #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| 49% | 24% | 26% | 7124 |
| 41% | 25% | 34% | 4231 |

Copy of Staffing Tool - Round 2.xlsm for Printed Item: 18 ( Attachment 1 of 1)

| | | | |
|---|---|---|---|
| 56% | 15% | 29% | 9359 |
| 40% | 32% | 28% | 10331 |
| 41% | 45% | 14% | 10165 |
| 49% | 21% | 30% | 19962 |
| 69% | 7% | 24% | 8774 |
| 68% | 5% | 27% | 11373 |
| 56% | 4% | 40% | 25810 |
| 60% | 5% | 32% | 12160 |
| 46% | 5% | 47% | 12248 |
| 50% | 19% | 30% | 9005 |
| 46% | 25% | 26% | 5505 |
| 44% | 16% | 41% | 8246 |
| 26% | 19% | 54% | 7317 |
| 45% | 24% | 29% | 8904 |
| 64% | 11% | 24% | 8924 |
| 66% | 9% | 24% | 5149 |
| 46% | 23% | 31% | 8152 |
| 49% | 17% | 34% | 4825 |
| 40% | 26% | 33% | 6494 |
| 53% | 24% | 22% | 4666 |
| 42% | 19% | 38% | 7505 |
| 59% | 14% | 26% | 4100 |
| 56% | 13% | 31% | 8447 |
| 59% | 9% | 26% | 9215 |
| 65% | 17% | 18% | 8845 |
| 40% | 27% | 29% | 4138 |
| 35% | 12% | 24% | 5129 |
| 97% | 1% | 2% | 177094 |
| 47% | 14% | 14% | 5100 |
| 45% | 21% | 35% | 10815 |
| 55% | 15% | 29% | 6634 |
| 52% | 14% | 33% | 12829 |
| 54% | 10% | 35% | 8756 |
| 57% | 18% | 24% | 18362 |
| 56% | 13% | 31% | 7895 |
| 49% | 17% | 35% | 5701 |
| 49% | 24% | 28% | 9523 |
| 55% | 17% | 28% | 14788 |
| 48% | 10% | 41% | 7378 |
| 66% | 12% | 22% | 5552 |
| 44% | 20% | 36% | 22673 |
| 53% | 28% | 15% | 7847 |
| 46% | 18% | 35% | 17199 |
| 74% | 18% | 7% | 14161 |
| 53% | 22% | 23% | 9125 |
| 75% | 7% | 18% | 3635 |
| 63% | 14% | 22% | 5182 |

OAWP-000124



| FTEE Ceiling | | Nurses | GS 1-2 yrs yrs | | yrs | | | |
|---|---|---|---|---|---|---|---|---|
| FTEE Ceiling | | Nurses | GS 1-2 yrs | GS 3-14 yr: | GS 15+ yrs | Unproduct | Average si | Task 1 Des | Task 1 Tim |
| | | 18 | 16 | 0 | 0 | 0 | 2 | 7.5 Perform cc | 3.03333 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Perform continued stay re | 3.03333 | Yearly | | 2138 | Clinical infc | | 2138 | 108.08778 | 0.11050 | 0.12155 |
| Complete clinical reviews | 4.63333 | Monthly | | 2915 | 0 | 34980 | 701.23333 | 2.76147 | 3.03761 |
| Communicate patient edu | 6.25 | Monthly | | 2915 | 0 | 34980 | 3643.75 | 3.72500 | 4.09750 |
| Review estimates for accu | 1.93333 | Monthly | | 2915 | 0 | 34980 | 127.13333 | 1.15227 | 1.26749 |
| Coordinate additional info | 4.9 | Monthly | | 2186 | 0 | 26232 | 2142.28 | 2.19005 | 2.40906 |
| Discontinue consult | 2.75 | Monthly | | 558 | Consult Tr | 6696 | 306.9 | 0.31374 | 0.34512 |
| Serve as primary POC for a | 4.63333 | Yearly | | 25041 | The numbe | | 25041 | 933.72167 | 1.97684 | 2.17453 |
| Complete initial screening | 0 | Monthly | | 2186 | 0 | 26232 | 0 | 0 | 0 |
| Develop individualized pla | 0 | Monthly | | 2186 | 0 | 26232 | 0 | 0 | 0 |
| Provide appropriate level | 0 | Monthly | | 2915 | 0 | 34980 | 0 | 0 | 0 |
| Enter information into Car | 0 | Monthly | | 2186 | 0 | 26232 | 0 | 0 | 0 |
| Communicate status/outc | 0 | Monthly | | 2186 | 0 | 26232 | 0 | 0 | 0 |
| Entry of HN note | 2.36667 | Yearly | | 2138 | Cinical Infr | | 2138 | 84.33222 | 0.08621 | 0.09483 |
| Clinical tracking in FBCS | 6.46667 | Monthly | | 139 | 0 | | 1668 | 179.77333 | 0.18378 | 0.20216 |
| Manage SARs requests | 5.66667 | Yearly | | 25632 | 0 | 25632 | 2420.8 | 1.39447 | 1.53392 |
| 0 | 0 | Yearly | | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | Yearly | | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | Yearly | | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | Yearly | | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | Yearly | | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | Yearly | | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | Yearly | | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | Yearly | | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | Yearly | | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | Yearly | | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0Yearly | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

3/15/2017

Other (use description)

Extended leave expected

These cells are used to populate
the lists of tasks and to exclude
tasks that have already been used.
This area may be empty if all tasks
have already been selected, but
do not change any of these formulas.

OAWP-000161



Extended leave expected

Extended leave expected

| Task 1 Freq | Task 1 Occ | Task 1 Mis | Task 1 (b)(6) | sk 1 Tot | Task 1 Req | Task 1 10% | Required FTEE | |
|---|---|---|---|---|---|---|---|---|
| Yearly | | 2138 | Clinical info | | 2138 | 108.08778 | 0.11050 | 0.12155 | Complete | 4.63333 | Monthly |

0     0 Yearly     0     0     0     0     0     0