OAWP-006373

Sent with Good (www.good.com<http://www.good.com>)

OAWP-006386

Case 4:18-cv-05772-DMR   Document 50-4   Filed 02/05/20   Page 3 of 5

OAWP-006408

| Document ID: 0.7.4449.109346-000002 | |
|---|---|
| Owner: | (b)(6) |
| Filename: | image002.jpg |
| Last Modified: | Fri Aug 18 08:07:00 CDT 2017 |

| | |
|---|---|
| Document ID: | 0.7.4449.109346-000004 |
| Owner: | (b)(6) |
| Filename: | image004.jpg |
| Last Modified: | Fri Aug 18 08:07:00 CDT 2017 |