

Image0
for Priv
ument 50
Item:
Attachm
1 of

*my*VA

OAWP-006309

**Putting Veterans First**



image003.jpg for Printed Item: 130 ( Attachment 3 of 4 )

OAWP-006422

myVA
Putting Veterans First