1  THOMAS R. BURKE (State Bar No. 141930)
   SELINA MACLAREN (State Bar No. 300001)
2  Davis Wright Tremaine LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111
   Telephone: (415) 276-6500
4  Facsimile: (415) 276-6599
5  Email: thomasburke@dwt.com
   Email: selinamaclaren@dwt.com
6
7  Attorneys for Plaintiffs National Public Radio, Inc. and
   Eric Westervelt

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., and ERIC WESTERVELT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>　　　　Defendant. | CASE NO. 4:18-cv-5772-DMR<br><br>**[PROPOSED] ORDER TO SHOW CAUSE RE: CONTEMPT OF COURT'S 12/4/19 ORDER** |

Having considered Plaintiffs' Motion for Order to Show Cause Re: This Court's 12/4/19 Order and all other documents on file with the Court in this action, the Court hereby GRANTS the Motion and ORDERS that Defendant United States Department of Veterans Affairs shall appear at the Oakland Courthouse, Courtroom 4 – 3rd Floor, 1301 Clay Street, Oakland, CA 94612, on March 26, 2020, at 1:00 p.m., if Defendant wishes to show cause why Defendant should not be held in contempt for failing to produce 1,000 responsive pages on January 17, 2020.

DATE: _____                    _____
                                                The Honorable Donna M. Ryu
                                                United States Magistrate Judge

1

[PROPOSED] ORDER RE: PLFS. MOT. FOR OSC
4835-7676-6387V.1 0200559-000004